HMK/em FS 7901

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
MACSTEEL INTERNATIONAL USA CORP.,

        Plaintiff,                          07 CIV. 4754 (SAS)
                                                 ECF CASE

   -against-

M/V BONASIA, her engines, boilers,        **RULE 7.1 STATEMENT**
tackle, etc., MEADWAY SHIPPING &
TRADING INC., FADEL NAVIGATION
LTD., DAEBO SHIPPING CO., LTD.,

        Defendants.
------------------------------------------------------X

     PURSUANT TO RULE 7.1, F.R.C.P. PLAINTIFFS CERTIFY THAT THE FOLLOWING ARE CORPORATE SHAREHOLDERS OF 10% OF THE STOCK WHICH IS PUBLICLY HELD AND HEREBY SETS FORTH PLAINTIFF'S PARENT CORPORATION:   THE PARENT CORPORATION OF PLAINTIFF IS MACSTEEL INTERNATIONAL HOLDINGS B.V.

Dated:    May 31, 2007

                                        KINGSLEY, KINGSLEY & CALKINS
                                        Attorneys for Plaintiff

                                        BY:__/S/_____
                                          HAROLD M. KINGSLEY
                                          91 W. Cherry Street
                                          Hicksville, New York 11801
                                          (516) 931-0064