UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| MACSTEEL INTERNATIONAL USA CORP., | |
| Plaintiff, | CERTIFICATE OF MAILING |
| V. | |
| M/V BONASIA, her engines, boilers, tackle, etc., MEADWAY SHIPPING & TRADING INC., FADEL NAVIGATION LTD., DAEBO SHIPPING CO., LTD., | |
| Defendants. | 07 CV 4754 (SHS) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**22ND Day of June, 2007**

I served the

SUMMONS & VERIFIED COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**5TH Day of June, 2007**

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

296 014 962

_J. Michael McMahon_
CLERK

Dated: New York, NY

*Kingsley, Kingsley & Calkins*
ATTORNEYS AT LAW
*Proctors in Admiralty*
91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

June 6, 2007

| Registered No. RE296014962US | | Date Stamp |
|---|---|---|
| Reg. Fee $ $10.15 | | |
| Handling Charge $0.00 | Return Receipt $2.15 | 06/22/07 |
| Postage $1.80 | Restricted Delivery $0.00 | |
| Received by | | Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse). |
| Customer Must Declare Full Value $ $0.01 | With Postal Insurance ☐ Without Postal Insurance ☐ | |
| FROM | KINGSLEY KINGSLEY & CALKINS 9113 WEST CHERRY STREET HICKSVILLE, NY 11801 | |
| TO | MEADWAY SHIPPING & TRADING INC. 3rd Floor, 107, Vouliagmenis Ave. Glyfada, 166 74 Athens, Greece | |

PS Form 3806, Receipt for Registered Mail    Copy 1 - Customer
June 2002                                    (See Information on Reverse)

For delivery information, visit our website at www.usps.com ®

)NAL USA CORP V.

CHEINDLIN

l Complaint on the following
eral Rules of Civil Procedure Rule

TRADING INC.
nenis Avenue

Very truly yours,

HMK/jb
Encl.