UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MACSTEEL INTERNATIONAL USA CORP., <br><br> Plaintiff, <br><br> V. <br><br> M/V BONASIA, her engines, boilers, tackle, etc., <br> MEADWAY SHIPPING & TRADING INC., FADEL <br> NAVIGATION LTD., DAEBO SHIPPING CO., LTD., <br><br> Defendants. | **CERTIFICATE OF MAILING** <br><br><br><br> 07 CV 4754 (SHS) |

*[FILED stamp: U.S. DISTRICT COURT, JUN 22 2007, S.D. OF N.Y.]*

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**22ND Day of June, 2007**

I served the

SUMMONS & VERIFIED COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**5TH Day of June, 2007**

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

296 014 976

*J. Michael McMahon*
CLERK

Dated: New York, NY

# Kingsley, Kingsley & Calkins
### ATTORNEYS AT LAW
#### Proctors in Admiralty
91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

June 6, 2007

Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007



ONAL USA CORP V.

CHEINDLIN

l Complaint on the following
leral Rules of Civil Procedure Rule

LTD.
al Building, 5
u

Very truly yours,

HMK/jb
Encl.