# Kingsley, Kingsley & Calkins
ATTORNEYS AT LAW

*Proctors in Admiralty*

91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

July 10, 2007

Hon. Shira A. Scheindlin
United States District Court
Southern District of New York
500 Pearl Street, RM 1620
New York, NY 10007

JUL 12 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/12/07

   RE: MacSteel International USA Corp. v.
     M/V BONASIA, *et al.*
     07 CIV 4754 (SAS)(DF)
     Our Ref: MS 7901A,B

Dear Judge Scheindlin:

  We represent the plaintiff herein. This case was filed June 5, 2007, and has been scheduled for an initial pretrial conference on Thursday, July 19, 2007, at 4:30 P.M.

  Although we have promptly initiated service of process, all defendants are foreign entities and as of this writing, no answers have been filed yet and defendants' time to answer has not yet elapsed.

  Accordingly, we respectfully request the initial pretrial conference be adjourned for approximately 60 days to allow defendants to retain counsel.

  Thank you.

Respectfully,

KTM/

*Request granted. The conference previously scheduled for July 19, 2007, is adjourned to September 19, 2007, at 4:30pm.*

*SO ORDERED:*

*Dated: July 12, 2007*

Shira A. Scheindlin, USDJ