UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------- x
MACSTEEL INTERNATIONAL USA
CORP.,

             Plaintiff,

   - against -

M/V BONASIA, her engines, boilers,
tackle, etc., MEADWAY SHIPPING &
TRADING INC., FADEL NAVIGATION
LTD., and DAEBO SHIPPING CO., LTD.,

             Defendants.
------------------------------------------------- x

**ORDER OF DISCONTINUANCE**

07 Civ. 4754 (SAS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/07

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

    The parties having notified the Court that they have reached a resolution of this action,

    IT IS HEREBY ORDERED that the above captioned action be, and the same hereby is, discontinued with prejudice but without costs; provided, however, that within 60 days of the date of this Order, counsel for plaintiff may apply by letter for restoration of the action to the calendar of the undersigned if the settlement is not effected, in which event the action will be restored.

                                        SO ORDERED:

                                        Shira A. Scheindlin
                                        U.S.D.J.

Dated:    New York, New York
            September 11, 2007

## - Appearances -

**For Plaintiff:**

Harold M. Kingsley, Esq.
Kingsley, Kingsley & Calkins
91 W. Cherry Street
Hicksville, New York 11801
(516) 931-0064

**For Defendants:**

Michael E. Unger, Esq.
Freehill, Hogan & Mahar LLP
80 Pine Street
New York, New York 10005
(212) 425-1900