# PHILLIPS NIZER LLP

666 Fifth Avenue
New York, NY 10103-0084
212.977.9700
Fax 212.262.5152

600 Old Country Road
Garden City, NY 11530-2011
516.229.9400
Fax 516.228.9612

**Donald L. Kreindler**
212.841.0564
dkreindler@phillipsnizer.com

45 Essex Street
Hackensack, NJ 07601
201.646.1664
Fax 201.646.1764

www.phillipsnizer.com

*[ELECTRONICALLY FILED stamp; DOC #: ___; DATE FILED: 9/12/07]*

*[RECEIVED SEP 12 2007 stamp]*

September 12, 2007

**By Facsimile**

Hon. Michael H. Dolinger
U.S. Magistrate Judge
U.S. District Court
500 Pearl Street, Room 1670
New York, New York 10007-1312

    Re:   Int'l Design Concepts, LLC et. ano. v. Saks Incorporated et al
           SDNY Case No. 05 CV 4754

Dear Judge Dolinger:

    We represent the International Design Concepts, LLC, in the above matter. We write this letter in connection with the letter from Saks' counsel, Michael Gordon, dated September 12, 2007, which we received at approximately 11:30 this morning.

    In light of the Rosh Hashanah holiday, which my colleagues and I will begin observing this afternoon and continue on Thursday and Friday, we respectfully request the opportunity to respond to Mr. Gordon's letter by Tuesday, September 18.

                                      Respectfully submitted,

                                      Donald L. Kreindler

DLK:wp

cc:   Michael Gordon, Esq.
      Michele Higgins, Esq.
      Richard G. Tashjian, Esq.

*[Handwritten: ENDORSED ORDER — Application granted. [signature] 9/12/07]*

1018048.1

# PHILLIPS NIZER LLP

666 Fifth Avenue
New York, NY 10103-0084
212.977.9700
Fax 212.262.5152

## Fax Cover Sheet

DATE: September 12, 2007

FROM: Donald L. Kreindler

NO. OF PAGES (including this page) 2

TO:

| NAME | FIRM/COMPANY | PHONE NO. | FAX NO. |
|---|---|---|---|
| Hon. Michael H. Dolinger | United States District Court | 212-805-0204 | 212-805-7928 |
| Michael R. Gordon, Esq. | K & L Gates LLP | 212-536-4855 | 212-536-3901 |
| Michele Higgins, Esq. | K & L Gates LLP | 212-536-4086 | 212-536-3901 |
| Richard G. Tashjian, Esq. | Tashjian & Padian | 212-319-9800 | 212-319-9883 |

MESSAGE:

IF THERE IS A PROBLEM WITH THIS TRANSMISSION, PLEASE CALL:

☒ FAX OPERATOR AT (212) 841-0560      ☐ SENDER AT (212) 977-9700

*Circular 230 Disclosure*: Pursuant to recently-enacted U.S. Treasury Department Regulations, we are now required to advise you that, unless otherwise expressly indicated, any federal tax advice contained in this communication, including attachments and enclosures, is not intended or written to be used, and may not be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.

THIS TRANSMISSION IS INTENDED ONLY FOR THE ADDRESSEE AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED AND CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY AND RETURN THE ORIGINAL WITHOUT MAKING A COPY.

USER NO. 0078         CLIENT/MATTER NO. 62358.00005
994327.1